```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611014108
Cashier ID: macicq
Transaction Date: 09/10/2013
Payer Name: Rapid Legal
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Steven Vachani
 Case/Party: D-CAN-5-08-CV-005780-001
 Amount:         $455.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 072002
 Amt Tendered: $455.00
------------------------------------
Total Due:       $455.00
Total Tendered: $455.00
Change Amt:       $0.00

5:08-CV-05780-LHK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Case5:08-cv-05780-LHK Document362 Filed09/10/13 Page2 of 2
Case: 13-16795 09/19/2013 ID: 8789743 DktEntry: 3 Page: 2 of 2
Case5:08-cv-05780-LHK Document364 Filed09/10/13 Page2 of 2

**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

BY FAX

September 9, 2013

Steven Vachani
2425B Channing, #216
Berkeley, California 94704

SUBJECT:   Request for Payment of Docket Fee

   Title: **FACEBOOK, INC. -v- POWER VENTURES, INC.**
   Case Number:   CV 08-05780 LHK
   Court of Appeals Number:   13-16795

A notice of appeal was filed with this Court on September 6, 2013 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by: /s/ D. Miyashiro
Case Systems Administrator

cc: U.S. Court of Appeals