

Activity in Case 5:08-cv-05780-LHK Facebook, Inc. v. Power Ventures, Inc. Amended Notice of Appeal
ECF-CAND to:
efiling
10/02/2013 11:16 PM
Hide Details
From: ECF-CAND@cand.uscourts.gov

To: efiling@cand.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

### Notice of Electronic Filing

The following transaction was entered on 10/2/2013 at 11:14 PM and filed on 10/2/2013
**Case Name:** Facebook, Inc. v. Power Ventures, Inc.
**Case Number:** 5:08-cv-05780-LHK
**Filer:** Steven Suraj Vachani
**WARNING: CASE CLOSED on 09/25/2013**
**Document Number:** 375

13-16795

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT - 2 2013

FILED_____
DOCKETED_____
DATE    INITIAL

**Docket Text:**
**AMENDED NOTICE OF APPEAL** by Steven Suraj Vachani . Appeal Record due by 11/1/2013. (Attachments: # (1) Exhibit Judgement)(Vachani, Steven) (Filed on 10/2/2013)

5:08-cv-05780-LHK Notice has been electronically mailed to:

Alan R. Plutzik    aplutzik@bramsonplutzik.com, ptoovey@bramsonplutzik.com

Amy Sommer Anderson    anderson@aroplex.com

STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA 94704
Telephone: (917) 267-8823

CLERK OF THE COURT

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff-Appellee, <br><br> v. <br><br> STEVEN SURAJ VACHANI, <br><br> Defendant-Appellant. | Case No. 13-16795 <br><br> **RESPONSE TO CLERK'S ORDER REGARDING LACK OF JURSIDCTION OVER APPELLANT'S INTERLOCUTORY APPEAL** |

On September 6, 2013, I, Steven Vachani, appealed to the Ninth Circuit United States Court of Appeal from the Order Re Attorneys Fees and Costs for Renewed Deposition[1] entered August 7, 2013, and on September 9, 2013, the Court assigned the case number for the appeal and set the briefing schedule.

On September 13, 2013, a File Clerk Order was entered in this appellate action stating: "A review of the record suggests that this court may lack jurisdiction over the appeal because the district court's August 7, 2013 'order re attorneys fees and costs for renewed deposition' does not appear to be appealable." In summary, the clerk rejects immediate appeal of the District Court

---

[1] *Facebook, Inc. v. Power Ventures, Inc.*, et al., CAND Case No. 5:2008cv05780; Dkt. No. 356.

Order because it 1) was issued by a magistrate judge, and 2) is a sanctions order of a type not generally appealable prior to the entry of final judgment.

On September 25, 2013, a final judgment in *Facebook, Inc. v. Power Ventures, Inc.*, et al. was entered[2]. A true and correct copy of the final judgment is attached hereto as Exhibit A. As final judgment has now been entered and the U.S. Court of Appeal has acquired jurisdiction over interlocutory orders, as well as those issued by a magistrate judge, I respectfully submit that the instant action be allowed to advance without dismissal.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Respectfully submitted,

Dated: October 2, 2013

San Francisco, CA                              By ___/s/ Steven Vachani___

PRO SE DEFENDANT STEVEN VACHANI
Steven Vachani (pro per)
2425B Channing, #216
Berkeley, CA  94704

---

[2] *Facebook, Inc. v. Power Ventures, Inc.*, et al., CAND Case No. 5:2008cv05780; Dkt. No. 374.

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) has been or will be filed through the ECF system, and notice will be sent via the following method(s):

X  **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed 2nd of October, 2013 at San Francisco.

By _____ /s/ Steven Vachani

PRO SE DEFENDANT STEVEN VACHANI
Steven Vachani (pro per)
2425B Channing, #216
Berkeley, CA 94704

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.: 08-CV-5780 |
| Plaintiff, | JUDGMENT |
| v. | |
| POWER VENTURES, INC., a Cayman Island corporation, and STEVE VACHANI, an individual, | |
| Defendants. | |

In ECF No. 373, the Court denied Defendants' motion for leave to file a motion for reconsideration of this Court's order granting Plaintiff summary judgment against Power Ventures (ECF No. 275), granted Plaintiff's motion for permanent injunctive relief, granted Plaintiff's motion for summary judgment regarding the liability of Defendant Vachani, and granted Plaintiff's motion for damages. Accordingly, the Clerk of the Court shall enter judgment in favor of Plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 25, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 08-CV-5780-LHK
JUDGMENT