STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA 94704
Telephone: (917) 267-8823

RECEIVED
OFFICE OF THE CLERK
U.S. COURT OF APPEALS

2013 OCT -3 PM 3:38

FILED _____
DOCKETED _____
DATE   INITIAL

CLERK OF THE COURT

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| FACEBOOK, INC., | Case No. 13-16795 |
| Plaintiff-Appellee, | **RESPONSE TO CLERK'S ORDER REGARDING LACK OF JURSIDCTION OVER APPELLANT'S INTERLOCUTORY APPEAL** |
| v. | |
| STEVEN SURAJ VACHANI, | |
| Defendant-Appellant. | |

**BY FAX**

On September 6, 2013, I, Steven Vachani, appealed to the Ninth Circuit United States Court of Appeal from the Order Re Attorneys Fees and Costs for Renewed Deposition[1] entered August 7, 2013, and on September 9, 2013, the Court assigned the case number for the appeal and set the briefing schedule.

On September 13, 2013, a File Clerk Order was entered in this appellate action stating: "A review of the record suggests that this court may lack jurisdiction over the appeal because the district court's August 7, 2013 'order re attorneys fees and costs for renewed deposition' does not appear to be appealable." In summary, the clerk rejects immediate appeal of the District Court

---

[1] *Facebook, Inc. v. Power Ventures, Inc.*, et al., CAND Case No. 5:2008cv05780; Dkt. No. 356.

Order because it 1) was issued by a magistrate judge, and 2) is a sanctions order of a type not generally appealable prior to the entry of final judgment.

On September 25, 2013, a final judgment in *Facebook, Inc. v. Power Ventures, Inc.*, et al. was entered[2]. A true and correct copy of the final judgment is attached hereto as Exhibit A. As final judgment has now been entered and the U.S. Court of Appeal has acquired jurisdiction over interlocutory orders, as well as those issued by a magistrate judge, I respectfully submit that the instant action be allowed to advance without dismissal.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Respectfully submitted,

Dated: October 2, 2013

San Francisco, CA    By ___/s/ Steven Vachani___

PRO SE DEFENDANT STEVEN VACHANI
Steven Vachani (pro per)
2425B Channing, #216
Berkeley, CA 94704

---

[2] *Facebook, Inc. v. Power Ventures, Inc.*, et al., CAND Case No. 5:2008cv05780; Dkt. No. 374.

RESPONSE TO CLERK'S ORDER — - 2 - — CASE NO. 13-16795

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.: 08-CV-5780 |
| Plaintiff, | JUDGMENT |
| v. | |
| POWER VENTURES, INC., a Cayman Island corporation, and STEVE VACHANI, an individual, | |
| Defendants. | |

In ECF No. 373, the Court denied Defendants' motion for leave to file a motion for reconsideration of this Court's order granting Plaintiff summary judgment against Power Ventures (ECF No. 275), granted Plaintiff's motion for permanent injunctive relief, granted Plaintiff's motion for summary judgment regarding the liability of Defendant Vachani, and granted Plaintiff's motion for damages. Accordingly, the Clerk of the Court shall enter judgment in favor of Plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 25, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 08-CV-5780-LHK
JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2013, I filed the foregoing document with the Clerk of the Court, and have sent notification of such filing via electronic mail to all parties of record in this matter as addressed below:

Monte Cooper & Neil Chatterjee
Orrick, Herrington and Sutcliffe
Mcooper@orrick.com
Nchatterjee@orrick.co

Steven Suraj Vachani
vachani@yahoo.com

Amy Sommer Anderson Esq.
Aroplex Law
Anderson@aroplexlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, CA, on October 3rd, 2013

By:

_____
Steven Suraj Vachani

- 1 -