Steven Vachani
2425B Channing Way, #216
Berkeley, CA 94704
1-917-267-883 / vachani@yahoo.com

Case #13-16795 & Case #13-17102

Re: Administrative Error. Duplicate Case # Created. Requesting error be fixed.

I am writing this letter requesting that the court please help resolve what appears to be an administrative error regarding these two cases referenced above. Case #13-17102 seems to have been erroneously opened by the court and is a duplicate for Case #13-16795. I am requesting that the court acknowledge the first case #13-16795 and set an updated schedule for this case and then close and remove the second case, which was erroneously opened.

On September 6, 2013, I, Steven Vachani, pro se, filed an appeal and opened Case #13-16795 in the 9th circuit Appellate court. The administrative fees were fully paid for this case. Shortly after this filing, the court requested additional information regarding this case which I filed on October 3rd 2013 together with an amended notice of appeal. To date, no response has been received from the court to set an updated schedule regarding this case.

Shortly after I filed my amended notice of appeal for Case #13-16795, instead of receiving a response and schedule, the court appears to have erroneously opened up a new case, Case #13-17102 requested that new fees be paid, and set a schedule on this new case and has not yet responded to my October 2, 2013 filings on Case 13-16795.

I would like to request that the court please acknowledge my amended notice of appeal and the supplementary information that was provided to the court on October 2nd 2013 regarding Case #13-16795 and thereby set an updated schedule for this case.

At the same time, I would also like to request that the court close Case #13-17102, acknowledging that this case is a duplicate case to an already existing case. As of this date, no payment of administrative fees has been made on this this second case and there has been no activity or filings.

Thank you for your attention to this matter,

*[signature]*

Steven Vachani
Vachani@yahoo.com / 1-917-267-8823