UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FACEBOOK, INC., a Delaware corporation,

        Plaintiff - Appellee,

  v.

STEVEN SURAJ VACHANI, pro se,

        Defendant - Appellant.

No. 13-16795

D.C. No. 5:08-cv-05780-LHK
U.S. District Court for Northern California, San Jose

**MANDATE**

      The judgment of this Court, entered November 21, 2013, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                            FOR THE COURT:
                            Molly C. Dwyer
                            Clerk of Court

                            Rebecca Lopez
                            Deputy Clerk